**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| DONALD RAY MCCRAY, | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 3:11-CV-1020-G-BH |
| | ) | |
| RICK THALER, Director, | ) | |
| Texas Department of Criminal | ) | |
| Justice, Correctional Institutions Division, | ) | Referred to U.S. Magistrate Judge |

**ORDER**

Pursuant to *Special Order 3-251*, this case has been automatically referred for findings, conclusions, and recommendation. On July 5, 2011, it was recommended that this action be dismissed pursuant to Fed. R. Civ. P. 41(b) for want of prosecution because the petitioner had failed to submit the required certificate of trust account (CTA) in support of his application to proceed *in forma pauperis* or to pay the $5 filing fee in this action as ordered. A second application to proceed *in forma pauperis*, along with the required CTA, was received on July 22, 2011. The findings, conclusions, and recommendation dated July 5, 2011 (doc. 5), are therefore **VACATED**.

**SIGNED this 25th day of July, 2011.**

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE